1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

ORDER TO CONSOLIDATE RELATED CASES
AND TO SET DEADLINES
Case Nos. 2:25-cv-00685-BJR; 2:25-cv-00695-BJR; 2:25-cv-00722-
BJR; 2:25-cv-00726-BJR; 2:25-cv-00731-BJR; 2:25-cv-00736-BJR;
2:25-cv-00762-BJR; 2:25-cv-00833-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

KEYONNA DANIELS, individually and on behalf of all others similarly situated,

                              Plaintiffs,

v.

LABORATORY SERVICES COOPERATIVE,

                              Defendant.

_____

No. 2:25-cv-00685-BJR

**ORDER TO CONSOLIDATE RELATED CASES AND TO SET DEADLINES**

JANE DOE 1, individually and on behalf of all others similarly situated,

                              Plaintiff,

     v.

LABORATORY SERVICES COOPERATIVE, a Delaware limited liability company,

                              Defendant.

_____

No. 2:25-cv-00695-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

EMERALD BLACK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00722-BJR

M.M, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00726-BJR

KEEFE JOHN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00731-BJR

ORDER TO CONSOLIDATE RELATED CASES
AND TO SET DEADLINES
Case Nos. 2:25-cv-00685-BJR; 2:25-cv-00695-BJR; 2:25-cv-00722-
BJR; 2:25-cv-00726-BJR; 2:25-cv-00731-BJR; 2:25-cv-00736-BJR;
2:25-cv-00762-BJR; 2:25-cv-00833-BJR

STEPHANIE MORENO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00736-BJR

_____

KORRI WYNN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00762-BJR

_____

TORI McMILLAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LABORATORY SERVICES COOPERATIVE,

Defendant.

No. 2:25-cv-00833-BJR

_____

Having reviewed the Parties' stipulation, and finding good cause exists for the requested relief, the Court hereby GRANTS the stipulation and establishes the following schedule:

ORDER TO CONSOLIDATE RELATED CASES
AND TO SET DEADLINES - 1
Case Nos. 2:25-cv-00685-BJR; 2:25-cv-00695-BJR; 2:25-cv-00722-
BJR; 2:25-cv-00726-BJR; 2:25-cv-00731-BJR; 2:25-cv-00736-BJR;
2:25-cv-00762-BJR; 2:25-cv-00833-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1.     The above captioned actions shall be consolidated into a single action and entitled *In re Laboratory Services Cooperative Data Breach Litigation,* No. 2:25-cv-00685-BJR (W.D. Wash.) pursuant to Fed. R. Civ. P. 42;

2.     Plaintiffs shall file their joint motion for appointment of Interim Class Counsel within seven (7) days following an Order consolidating the Related Cases;

3.     Plaintiffs shall file a Consolidated Complaint within thirty (30) days of the appointment of Interim Class Counsel;

4.     Defendants will respond to the Consolidated Complaint within sixty (60) days after the filing of the Consolidated Complaint.

5.     If Defendants respond by way of motion to dismiss, Plaintiffs shall file an opposition to the motion to dismiss within thirty (30) days of the motion; Defendants shall have thirty (30) days to file a reply.

The Clerk of the Court is hereby notified of this consolidation.

**IT IS SO ORDERED.**

DATED this 29th day of May, 2025

_____

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER TO CONSOLIDATE RELATED CASES
AND TO SET DEADLINES - 2
Case Nos. 2:25-cv-00685-BJR; 2:25-cv-00695-BJR; 2:25-cv-00722-
BJR; 2:25-cv-00726-BJR; 2:25-cv-00731-BJR; 2:25-cv-00736-BJR;
2:25-cv-00762-BJR; 2:25-cv-00833-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com