The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re Laboratory Services Cooperative Data Breach Litigation*

Case No. 2:25-cv-00685-BJR

**ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FRCP 23(G)**

THIS MATTER, having come before the Court by Plaintiffs' Motion for Appointment of Lead Counsel Pursuant to FRCP 23(g) and supporting materials, the criteria set forth in Federal Rule of Civil Procedure 23(g), IT IS ORDERED that the Motion is GRANTED as set forth below.

1.  The Court hereby appoints Cecily C. Jordan of Tousley Brain Stephens PLLC and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP as Interim Co-Lead Class Counsel, and Raina Borrelli of Strauss Borrelli PLLC, M. Anderson Berry of the Arnold Law Firm, Samantha E. Holbrook of Shub Johns & Holbrook LLP, Sabita J. Soneji of Tycko & Zavareei LLP, Yana Hart of Clarkson Law Firm, and Lori G. Feldman of George Feldman McDonald PLLC to serve on Plaintiffs' Steering Committee ("PSC") to act on behalf of the Plaintiffs and the putative class of online content creators with the responsibilities set forth below:

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 1
Case No. 2:25-cv-00685-BJR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

a. To oversee case management and develop and implement a litigation plan, including strategic planning in all respects relating to Class claims, which shall be directed via careful oversight and management of all work on behalf of the Class;

b. To draft, authorize, sign and file all pleadings and motions related to all actions on behalf of the Class, including but not limited to all cases consolidated in this Court, and any appellate or amicus briefs;

c. To assess and select class representatives and determine the claims brought on behalf of the Class;

d. To communicate with plaintiffs and the Class regarding the status of the pending action;

e. To propound, seek and respond to discovery, including but not limited to written discovery, the taking or defending of depositions, and motion practice related thereto;

f. To conduct informal discovery, including but not limited to informal investigation and related activities needed to support plaintiffs' claims;

g. To take steps necessary to effectuate litigation to pursue Class claims, including managing document review and analysis and any other logistical matters that support formal and informal discovery efforts in this action;

h. To retain vendors, experts and consultants on behalf of the Class;

i. To enter into stipulations, agreements and joint prosecution agreements on behalf of the Class;

j. To implement and enforce a protocol for attorneys' fees, expenses, and/or costs for the Court's approval to ensure that fees, expenses, and/or costs incurred are reasonable and necessary to the litigation;

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 2
Case No. 2:25-cv-00685-BJR

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

k. To engage in settlement discussions and enter into settlement on behalf of the Class and to propose a plan of allocation;

l. To coordinate with plaintiffs' counsel in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts;

m. To allocate fees and expenses among Class Counsel and any other counsel whose engagement has been approved by the Court for purposes of any submission to the Court for reimbursement and compensation, and following the award of any such fees and expenses, for disbursement to counsel, including the determination for common benefit work; and

n. To conduct all tasks ancillary and necessary to the above duties and any other duty as the Court may order.

2. Cecily C. Jordan of Tousley Brain Stephens PLLC and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP are hereby designated as Interim Co-Lead Class Counsel, and Raina Borrelli, Anderson Berry, Samantha E. Holbrook, Sabita Soneji, Yana Hart, and Lori G. Feldman are designated to serve on Plaintiffs' Steering Committee ("PSC") pursuant to Federal Rule of Civil Procedure (g) to "act on behalf of a putative class before determining whether to certify the class as a class action." Fed. R. Civ. P. 23(g)(3).

3. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to any action filed, transferred to, or removed to this Court which relates to the subject matter at issue is the above-captioned cases.

ORDERED this 6th day of June 2025.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 3
Case No. 2:25-cv-00685-BJR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Jointly Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Cecily C. Jordan*
Cecily C. Jordan, WSBA #50061
Jason T. Dennett, WSBA #30686
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
jdennett@tousley.com
cjordan@tousley.com

COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Thomas E. Loeser*
Thomas E. Loeser, WSBA # 38701
By: */s/ Karin Swope*
Karin B. Swope , WSBA # 24015
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
Facsimile: (206)-299-4184

STRAUSS BORRELLI PLLC

Samuel J. Strauss, WSBA #46971
Raina Borrelli (Pro Hac Vice forthcoming)
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

CLARKSON LAW FIRM, P.C.

Ryan Clarkson, Esq. (Pro Hac Vice forthcoming)
Yana Hart, Esq. (Pro Hac Vice forthcoming)
Bryan P. Thompson, Esq. (Pro Hac Vice forthcoming)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
rclarkson@clarksonlawfirm.com
yhart@clarksonlawfirm.com
bthompson@clarksonlawfirm.com

SHUB JOHNS & HOLBROOK LLP

Jonathan Shub (Pro Hac Vice forthcoming)

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 4
Case No. 2:25-cv-00685-BJR

| | |
|---|---|
| 1 | Benjamin F. Johns (Pro Hac Vice forthcoming) |
| | Samantha E. Holbrook (Pro Hac Vice forthcoming) |
| 2 | Andrea L. Bonner (Pro Hac Vice forthcoming) |
| | Four Tower Bridge |
| 3 | 200 Barr Harbor Drive, Suite 400 |
| | Conshohocken, PA 19428 |
| 4 | Telephone: (610) 477-8380 |
| | jshub@shublawyers.com |
| 5 | bjohns@shublawyers.com |
| | sholbrook@shublawyers.com |
| 6 | |
| | TYCKO & ZAVAREEI LLP |
| 7 | |
| | Sabita Soneji (Pro Hac Vice forthcoming) |
| 8 | 1970 Broadway, Suite 1070 |
| | Oakland, CA 94612 |
| 9 | Telephone: (510) 254-6808 |
| | Facsimile: (202) 973-0950 |
| 10 | ssoneji@tzlegal.com |
| 11 | ALMEIDA LAW GROUP LLC |
| | |
| 12 | David S. Almeida (Pro Hac Vice forthcoming) |
| | 849 W. Webster Avenue |
| 13 | Chicago, IL 60614 |
| | Telephone: (312) 576-3024 |
| 14 | david@almeidalawgroup.com |
| 15 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | |
| 16 | Gary M. Klinger (Pro Hac Vice forthcoming) |
| | 227 W. Monroe Street, Suite 2100 |
| 17 | Chicago, IL 60606 |
| | Telephone: (202) 429-2290 |
| 18 | gklinger@milberg.com |
| 19 | John J. Nelson (Pro Hac Vice forthcoming) |
| | 402 W Broadway, Suite 1760 |
| 20 | San Diego, CA 92101 |
| | Telephone: (858) 209-6941 |
| 21 | jnelson@milberg.com |
| 22 | CHESTNUT CAMBRONNE PA |
| | |
| 23 | Bryan L. Bleichner (Pro Hac Vice forthcoming) |
| | Philip Krzeski (Pro Hac Vice forthcoming) |
| 24 | 100 Washington Avenue South, Suite 1700 |
| | Minneapolis, MN 55401 |
| 25 | Telephone: (612) 339-7300 |
| | bbleichner@chestnutcambronne.com |
| 26 | pkrzeski@chestnutcambronne.com |
| | |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 5

Case No. 2:25-cv-00685-BJR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Steve W. Berman, WSBA #12536
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

GEORGE FELDMAN MCDONALD, PLLC

Lori G. Feldman, WSBA #29096
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

EMERY REDDY, PLLC

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Brook E. Garberding, WSBA No. 37140
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
brook@emeryreddy.com
paul@emeryreddy.com

CLAYEO C. ARNOLC
A PROFESSIONAL CORPORATION

M. Anderson Berry, WSBA No. 63160
Gregory Haroutunian (Pro Hac Vice forthcoming)
Brandon P. Jack (Pro Hac Vice forthcoming)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION
FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT
TO FRCP 23(G) - 6
Case No. 2:25-cv-00685-BJR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992