The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re Laboratory Services Cooperative Data Breach Litigation*

Case No. 2:25-cv-00685-BJR

**JOINT STATUS REPORT**

As ordered by the Court on January 20, 2026 (ECF No. 26), the Parties submit this Joint Status Report to update the Court on the Parties' settlement efforts.

The Parties have now executed a term sheet setting forth their agreement in principle to settle this case on a class action basis. To provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiffs sufficient time to prepare a motion for preliminary approval, the Parties jointly request that the Court continue to stay all deadlines in the case through April 30, 2026. Unless otherwise directed by the Court, Plaintiffs will file the motion for preliminary approval or the Parties will submit a further joint status report on or before April 30, 2026.

//

//

//

JOINT STATUS REPORT- 1
Case No. 2:25-cv-00685-BJR

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 17th day of March, 2026.

Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Cecily C. Jordan*
    Cecily C. Jordan, WSBA #50061
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington  98101
    Telephone:  (206) 682-5600
    Facsimile: (206) 682-2992
    cjordan@tousley.com


COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Thomas E. Loeser*
    Thomas E. Loeser, WSBA #38701
    1809 7th Avenue, Suite 1610
    Seattle, WA 98101
    Telephone: (206) 802-1272
    Facsimile: (206) 299-4184
    tloeser@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*


DAVIS WRIGHT TREMAINE LLP

By: */s/ Caleah N. Whitten*
    Harry J.F. Korrell, III, WSBA #23173
    Caleah N. Whitten, WSBA #60209
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700
    harrykorrell@dwt.com
    caleahwhitten@dwt.com

*Attorneys for Defendant Laboratory Services Cooperative*

JOINT STATUS REPORT- 2
Case No. 2:25-cv-00685-BJR