The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re Laboratory Services Cooperative Data Breach Litigation* | Case No. 2:25-cv-00685-BJR<br><br>**STIPULATED MOTION AND ORDER TO SET FINAL APPROVAL HEARING** |

Plaintiffs Keefe John and Tori McMillan (collectively, "Plaintiffs") and Defendant Laboratory Services Cooperative ("LSC") jointly request the Court set a Final Approval Hearing on January 4, 2027, or any such date thereafter as determined by the Court.

On July 27, 2026, the Court issued an Order Preliminarily Approving Class Action Settlement ("Order"). Dkt. #49. As part of that Order, the Court set a schedule of events for the administration of the proposed settlement and dissemination of classwide notice. *Id.* ¶ 21. In the Order, the Court stated that it would set a Final Approval Hearing "[a]t the Court's convenience at least 150 days after the entry of this Order." *Id.* The Parties respectfully request that the Court set a Final Approval Hearing date now so that the Parties can include that hearing information in the notice forms when providing notice to the Settlement Class. Additionally, setting a date for the Final Approval Hearing now will assist the parties in effectuating the deadlines set forth in the Court's Order, as certain deadlines must be calculated based on the Final Approval Hearing



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

date. *See, e.g.*, *id.* (setting the deadline for the parties to file a Motion for Final Approval as "35 days prior to the Final Fairness Hearing").

Accordingly, the Parties respectfully ask that the Court set the Final Approval Hearing for January 4, 2027, which is over 150 days from the date in which the Court entered its Order, or the Court's next available date thereafter. The Parties further request that the Court permit zoom appearances at the Final Approval Hearing to facilitate attendance by any out of state Parties or Settlement Class Members. A proposed order is included herewith.

I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.

DATED this 7th day of August, 2026.

Respectfully submitted,

By: /s /Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
cjordan@tousley.com

COTCHETT, PITRE & McCARTHY, LLP

Thomas E. Loeser, WSBA #38701
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
Facsimile: (206) 299-4184
tloeser@cpmlegal.com

*Counsel for Plaintiffs and the Settlement Class*

TROUTMAN PEPPER LOCKE LLP

By: /s/ Tambry L. Bradford
Tambry L. Bradford, *pro hac vice*
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9800
Facsimile: (213) 928-9850
tambry.bradford@troutman.com

*Attorneys for Defendant Laboratory Services Cooperative*

**ORDER**

IT IS SO ORDERED. The hearing for Final Approval of Class Action Settlement is set for January 4, 2027, at 10:00 a.m., to be held by remote means via Zoom. The Courtroom Deputy will provide the Zoom information to the parties by email. The Final Approval Hearing is subject to continuation or adjournment by the Court without further notice to Settlement Class Members.

DATED this 7th day of August, 2026.

Barbara J Rothstein

Hon. Barbara J. Rothstein
United States District Judge



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

*Presented by:*

**TOUSLEY BRAIN STEPHENS PLLC**

*/s/ Cecily C. Jordan*
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
cjordan@tousley.com

**COTCHETT, PITRE & McCARTHY, LLP**

Thomas E. Loeser, WSBA #38701
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
Facsimile: (206) 299-4184
tloeser@cpmlegal.com

*Counsel for Plaintiffs*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Tambry L. Bradford*
Tambry L. Bradford, *pro hac vice*
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9800
Facsimile: (213) 928-9850
tambry.bradford@troutman.com

*Attorneys for Defendant*